U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LAWRENCE WATSON
    PLAINTIFF

V.

ROSALIND MILLER ET AL
    DEFENDANTS

CIVIL ACTION No.
04-11079-RGS

NOTICE OF APPEAL

The Plaintiff, Lawrence Watson, is filing notice of appeal in this Court because he intends to appeal the dismissal of the above-named complaint.

RESPECTFULLY

*[signature]*

Lawrence Watson
Pro Se
11 Lucerne St
Boston, MA 02124
(617) 282-6181

DATED: AUGUST 13, 2004